No. 81–258.  MILSTEAD *v.* INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, LOCAL UNION 957, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–259.  STATE TAX COMMISSION OF MISSISSIPPI ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–262.  WILLIAMS, DBA INDUSTRIAL COMMUNICA-TIONS *v.* PUBLIC SERVICE COMMISSION OF WYOMING ET AL.  Sup. Ct. Wyo.  Certiorari denied.

No. 81–263.  KUHLMAN *v.* OHIO.  Ct. App. Ohio, Mont-gomery County.  Certiorari denied.

No. 81–269.  MURPHY *v.* HARLEYSVILLE MUTUAL INSUR-ANCE CO.  Super. Ct. Pa.  Certiorari denied.

No. 81–270.  MANSFIELD *v.* SECURITIES INVESTOR PRO-TECTION CORP.  C. A. 9th Cir.  Certiorari denied.

No. 81–275.  REFINED METALS CORP. *v.* UNDERHILL.  C. A. 6th Cir.  Certiorari denied.

No. 81–277.  MAZUREK *v.* MILLER ET AL.  Ct. App. Wis.  Certiorari denied.

No. 81–278.  PACIFIC POWER & LIGHT CO. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–281.  LONG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–282.  LAWRENCE *v.* CREDITHRIFT OF AMERICA, INC.  C. A. 5th Cir.  Certiorari denied.